1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8
                **IN THE UNITED STATES DISTRICT COURT**
9
                **EASTERN DISTRICT OF CALIFORNIA**
10
   **PATRICK PINEGAR**                )        **Case No. CIV-09-1767 KJM**
11                                     )
                                       )
12                                     )
                                       )
13                                     )        **STIPULATION AND ORDER**
              **Plaintiff,**           )        **EXTENDING PLAINTIFF'S TIME TO**
14                                     )        **FILE MEMORANDUM IN SUPPORT**
   **v.**                             )        **OF SUMMARY JUDGMENT**
15                                     )
   **MICHAEL J. ASTRUE**              )
16 **Commissioner of Social Security** )
   **of the United States of America,** )
17                                     )
              **Defendant.**           )
18                                     )
   _____)
19

20        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21  permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

22  this case is hereby extended from April 16, 2010, to May 31, 2010.  This extension is required due to

23  Plaintiff's counsel's impacted briefing schedule.

24

25

26  / / / /

27  / / / /

28  / / / /

                                        1

1

2

3

4   Dated: April 19, 2010                    */s/Bess M. Brewer*
                                            BESS M. BREWER
5                                           Attorney at Law

6                                           Attorney for Plaintiff

7

8
    Dated: April 20, 2010                   Benjamin B. Wagner
9
                                            United States Attorney
10
                                            */s/ Elizabeth Firer*
11                                          ELIZABETH FIRER

12                                          Special Assistant U.S. Attorney
                                            Social Security Administration
13                                          Attorney for Defendant

14

15                              **ORDER**

16  APPROVED AND SO ORDERED.

17  DATED:  April 21, 2010.

18

19

20
                            _____
21                          U.S. MAGISTRATE JUDGE

22

23

24

25

26

27

28