1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8937
      Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF CALIFORNIA
10
                              **SACRAMENTO DIVISION**
11

12 PATRICK PINEGAR,                    )
                                       )      CIVIL NO. 2:09-CV-01767 KJM
13        Plaintiff,                   )
                                       )
14        v.                           )      STIPULATION AND ORDER
                                       )
15 MICHAEL J. ASTRUE,                  )
   Commissioner of                     )
16 Social Security,                    )
                                       )
17        Defendant.                   )
   _____)

18

19     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20 attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including

21 September 22, 2010, to respond to Plaintiff's motion for summary judgment. This request is being made

22 because, since Plaintiff filed his motion for summary judgment, counsel for the Commissioner has been

23 assigned additional work loads that require reviewing other attorneys' cases for voluntary remand

24 considerations and reviewing the appellate briefs of her colleagues. This work load is unpredictable and

25 requires immediate attention. While adjusting to this new work load, counsel has had to file 4 other

26 district court briefs, file one appellate brief and draft another and was not able to complete the

27 Commissioner's response by the current due date and respectfully requests an additional 30 days.

28 ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

             Respectfully submitted,

Dated: August 23, 2010      /s/ *Bess Brewer*
             (As authorized via email)
             BESS BREWER
             Attorney for Plaintiff

Dated: August 23, 2010      BENJAMIN B. WAGNER
             United States Attorney
             LUCILLE GONZALES MEIS
             Regional Chief Counsel, Region IX
             Social Security Administration

             /s/ *Elizabeth Firer*
             ELIZABETH FIRER
             Special Assistant U.S. Attorney

             Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  August 24, 2010.

             _____
             U.S. MAGISTRATE JUDGE