1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA

                       **SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICK PINEGAR, | CIVIL NO. 2:09-CV-01767 KJM |
|    Plaintiff, | |
|       v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|    Defendant. | |

     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 23 days, up to and including October 15, 2010, to respond to Plaintiff's motion for summary judgment.  This request is being made because, since Defendant was granted an extension of time, counsel for the Commissioner missed several days of work due to illness and was unable to complete the Commissioner's response given her additional workload for the time at issue, which included drafting a Ninth Circuit brief, three other district court briefs and participating in mandatory training.  Counsel respectfully requests an additional 23 days in which to file the Commissioner's response to Plaintiff's motion.

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                              Respectfully submitted,

Dated: September 22, 2010        /s/ *Bess Brewer*
                                       (As authorized via email)
                                       BESS BREWER
                                       Attorney for Plaintiff

Dated: September 22, 2010        BENJAMIN B. WAGNER
                                       United States Attorney
                                       LUCILLE GONZALES MEIS
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

                                       /s/ *Elizabeth Firer*
                                       ELIZABETH FIRER
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  September 23, 2010.

_____
U.S. MAGISTRATE JUDGE